UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

In re: ) Bankruptcy No.: **09-30362- TEC**
) R.S. No. **JDL-120**
DANIEL O'LEARY ) Hearing Date/Time: **3/30/2009 @ 1:00 p.m.**
)
Debtor(s) )
_____ )

**RELIEF FROM STAY COVER SHEET**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Use Section C as necessary. If Movant is not a secured creditor, summarize nature of the motion in Section D.

**(A)** Date Petition Filed: **02/13/2009** Chapter: **7**
Prior hearings on this obligation: **none** Last Day to File §523/§727 Complaints:

**(B)** Description of personal property collateral: (Not applicable)
Secured Creditor [ ] or lessor [ ]
Fair market value: $_____ Source of value:
Contract Balance: $_____ Pre-Petition Default: $
Monthly Payment: $_____ No. of months:
Insurance Advance: $_____ Post-Petition Default: $
No. of months:

**(C)** Description of real property collateral: **260 Cresta Vista Dr., San Francisco, CA**
Fair market value: **$ 752,000.00** Source of value: [ ] Appraisal dated **N/A** **[ X ]** Debtor's Schedules
Movant's position: **1st T.D. recorded 04/28/2006 as Inst. 2006-I167948-00**
Approx. Balance: **$725,289.79** Pre-Petition Default: **$20,374.61**
As of (date): **3/5/2009** . No. of months: **5 (10/08 – 2/09).**
Monthly Payment: **$3,858.67** Post-Petition Default: **$ 4,090.19**
Notice of Default: **N/A.** No. of Months: **1 (3/09 + 2/09 late chrg)**.
Notice of Trustee Sale: **N/A** . Advances to Sr. Liens: _____ .

Name and status of other liens and encumbrances, if known (e.g. trust deeds, taxes, etc.):

| Position | Name | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Downey | $725,289.79 | $3,858.67 | $24,464.80 |
| 2nd Trust Deed: | Chase Bank | $100,000.00 | $Unknown | $Unknown |
| Property Taxes: | San Francisco Cty | $ 8,099.42 | N/A | $ 4,454.68 |
| **Total** | | **$833,389.21** | **$3,858.67** | **$28,919.48** |

Plus Unknowns shown above

**(D)** Other pertinent information: **(1)** Debtor has not paid the **October 2008 through March 2009** payments and late charges to Downey **(2)** Debtor has not paid real estate taxes for 1st installment of the **2008-09** tax year on the Property; **(3)** there is no equity in the Property.

Dated: March 11, 2009 */s/ Joey DeLeon*
Joey DeLeon, Attorney for Downey Savings