ROBERT T. KAWAMOTO, ESQ.
LAW OFFICE OF ROBERT T. KAWAMOTO
234 Van Ness Avenue
San Francisco, CA 94102
(415) 487-9790
State Bar ID No. 78820

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                              Chapter 7
                                    Case No. 09-30362 TEC
DANIEL O'LEARY
                                    NON-OPPOSITION TO MOTION FOR
                                    RELIEF FROM STAY
                                    (Downey Savings & Loan)
                                    Date: 3/30/09
                                    Time: 1:00 p.m.
                    Debtor(s).      Dept: 23
_____/

    Debtor Daniel O'Leary does not object to or oppose the Motion of creditor Downey Savings and Loan Assoc. for relief from the automatic stay, as set forth in its Motion filed on or about March 11, 2009.

Dated: 3/25/2009            /s/ Daniel O'Leary
                            DANIEL O'LEARY, Debtor

Dated: 3/25/2009            /s/ Robert T. Kawamoto
                            ROBERT T. KAWAMOTO.
                            Attorney for Debtor

-1-

# **PROOF OF SERVICE BY MAIL**

I declare as follows:

I am over the age of eighteen years, and not a party to this action and my office address is 234 Van Ness Avenue, San Francisco, California 94102.

On March 25, 2009 , I served the attached:

NON-OPPOSITION TO MOTION FOR RELIEF FROM STAY

by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for deposit in the United States Postal Service addressed:

Joey DeLeon, Esq.
North Tower, 4th Floor
3501 Jamboree Road
Newport Beach, CA 92660

E. Lynn Schoenmann
Chapter 7 Trustee
800 Powell Street
San Francisco, C A94108

    I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on March 25, 2009.

                                                  /s/ Deenia Del Rosario
                                                  Deenia Del Rosario